UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEXTER MURRAY,

                              Plaintiff,

        -against-

PATRICIA MIDDLETON; NEW YORK CITY
HOUSING AUTHORITY; NEW YORK CITY,

                              Defendants.

CIVIL ACTION NO.: 19 Civ. 1959 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On February 18, 2020, Defendant New York City Housing Authority filed a Motion to Dismiss Pro Se Plaintiff Dexter Murray's Second Amended Complaint (ECF No. 12).  (ECF No. 22).  On March 3, 2020, Defendant New York City also filed a Motion to Dismiss the Second Amended Complaint.  (ECF No. 25).  To date, Mr. Murray has failed to file a response to either motion.  Mr. Murray is directed to file, by **Tuesday, June 30, 2020**, a response to the motions, including the reason for his delay, or a letter stating that he does not intend to respond to the motions.

Chambers mailed a copy of this Order to Mr. Murray and Pro Se Defendant Patricia Middleton at the addresses below.

Dated:      New York, New York
            June 4, 2020

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**

Mailed to:   Dexter Murray
             959 St. Marks Ave.
             Apt. 2-B
             Brooklyn, NY 11213

             Patricia Middleton
             314 West 40th Street
             New York, NY 10018