UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DEXTER MURRAY, :
:
Plaintiff, :   19 Civ. 1959 (PAE) (SLC)
-v- :
:   OPINION & ORDER
PATRICIA MIDDLETON, NEW YORK CITY :
HOUSING AUTHORITY, and THE CITY OF :
NEW YORK, :
:
Defendants. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

On July 29, 2020, the Court adopted the Report and Recommendation of the Hon. Sarah L. Cave, United States Magistrate Judge, and dismissed the claims against defendants New York City Housing Authority and the City of New York with prejudice. Dkt. 34. The Court further directed Murray "to inform the Court in writing, by August 10, 2020, whether he intends to pursue his claim against defendant Middleton," who at the time of the Court's order had not yet been served. *Id.* The Court stated that "[i]f the Court has not received an affirmative response from Murray by that date, the Court will promptly dismiss the claims against Middleton without prejudice." *Id.*

The Court having received no response from Murray, the claims against Middleton are hereby dismissed without prejudice. The Clerk of Court is respectfully directed to close this case and to mail a copy of this Order to Mr. Murray.

SO ORDERED.

                                                                          ![signature]
                                                                          Paul A. Engelmayer
                                                                          United States District Judge

Dated: September 4, 2020
           New York, New York